# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:17-cv-60825-WPD

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHORE EXCURSIONS GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION TO DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE,** VOIT Technologies, LLC ("Plaintiff") and Shore Excursions Group, LLC ("Defendant") (Plaintiff and Defendant together, the "Parties" and each a "Party") have settled their dispute in the above captioned litigation. As all of the issues raised in this litigation have been resolved, the Parties agree to the dismissal of this litigation with prejudice, with each Party to bear its own costs and attorneys' fees. Consistent herewith the Parties consent to the Court having this case closed for administrative purposes.

*[Remainder of page intentionally blank; signatures and certificate of service on following page.]*

1

Dated: July 28, 2017.

Respectfully submitted

*/s/ David Tamaroff*
David F. Tamaroff, Esq. (Fla. Bar: 92084)
Email: dt@lipscombpartners.com
**LIPSCOMB & PARTNERS, PLLC**
25 S.E. 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Joel Rothman*
Joel B. Rothman, Esq.
joel.rothman@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 North Federal Highway
Boca Raton, Florida 33431
Tel: (561) 404-4350
Fax: (561) 404-4353
*Attorneys for Defendant*

Respectfully submitted,

*/s/ Bruce Hermelee*
Bruce G. Hermelee, Esq.
bhermelee@hermeleelaw.com
Ross D. Hermelee, Esq.
rdhermelee@hermeleelaw.com
**HERMELEE LAW, P.L.**
2100 Coral Way, Suite 601
Miami, Florida 33145
Tel: (305) 748-6146
Fax: (786) 361-0813
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on July 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ David Tamaroff*
David F. Tamaroff, Esq.