UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60825-CIV-DIMITROULEAS/SNOW

VOIT TECHNOLOGIES, LLC,

    Plaintiff,

vs.

SHORE EXCURSIONS GROUP, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice [DE 22] (the "Stipulation"), filed herein on July 28, 2017. The Court has carefully considered the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 22] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of July, 2017.

_[signature]_
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record